■ FIRST BIBLE BAPTIST CHURCH, INC., Appellant, v GATES-CHILI CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 1.)—Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi,* 162 AD2d 985). (Appeal from Order of Supreme Court, Monroe County, Patlow, J.—Reargument.) Present—Callahan, J. P., Doerr, Green, Balio and Lowery, JJ.

■ FIRST BIBLE BAPTIST CHURCH, INC., Appellant, v GATES-

CHILI CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 2.)— Order unanimously affirmed without costs. Same Memorandum as in *First Bible Baptist Church v Gates-Chili Cent. School Dist.* ([appeal No. 3] 172 AD2d 1057 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Patlow, J.—Renewal/Reargument.) Present—Callahan, J. P., Doerr, Green, Balio and Lowery, JJ.